**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar. No. 219836
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       hicksa@bryancave.com

**BRYAN CAVE LLP**
Stuart W. Price, Cal. Bar No. 125918
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-mail:      swprice@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A.,
BAC HOME LOANS SERVICING, LP,
RECONTRUST COMPANY, N.A.; and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SHANE INGALSBE, | Case No. 1:10-cv-01665-OWW-SMS |
| Plaintiff, | Hon. Oliver W. Wanger |
| v. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 THROUGH 150 inclusive, | Action Filed:  Aug. 30, 2010<br>Trial Date:    Not set |
| Defendants. | |

SF01DOCS24464.1

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

The Motion of Defendants Bank of America N.A., BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc. ("Defendants") to dismiss Plaintiff's Complaint came on for hearing before this Court on December 13, 2010, the Honorable Oliver W. Wanger presiding.

The Court has read and considered the Motion papers filed in support of and in opposition to the Motion, the arguments of counsel at the hearing, and the case file in this action. For the reasons set forth in the Memorandum Decision Regarding Defendants' Motion to Dismiss (Document 6):

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiff's Complaint is granted.
2. Plaintiff shall file an amended complaint within fifteen days of service of the Memorandum Decision.
3. Defendants shall file a response within ten days of service of the amended complaint.

Dated: December 27, 2010      /s/ OLIVER W. WANGER
                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com