1  **BRYAN CAVE LLP**
   Deborah A. Goldfarb, California Bar No. 241942
2  Andrea M. Hicks, California Bar No. 219836
   Two Embarcadero Center, Suite 1410
3  San Francisco, CA 94111
   Telephone:   415-675-3400
4  Facsimile:   415-675-3434
   E-mail:   deborah.goldfarb@bryancave.com
5            hicksa@bryancave.com

6  **BRYAN CAVE LLP**
   Stuart W. Price, California Bar No. 125918
7  3161 Michelson Drive, Suite 1500
   Irvine, California 92612
8  Telephone: (949) 223-7000
9  Facsimile: (949) 223-7100
   E-mail: swprice@bryancave.com

10 Attorneys for Defendants

11 **LAW OFFICE OF CATARINA BENITEZ**
12 Catarina M. Benitez, California Bar No. 256518
   2014 Tulare Street Suite 400
13 Fresno, CA 93721
   Telephone:   (559) 472-7337
14 Facsimile:   (559) 579-1100
   Email:   catarina@benitezlawfirm.com

15 Attorney for Plaintiff
16 SHANE INGALSBE

17              **UNITED STATES DISTRICT COURT**
18         **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**
19

20 SHANE INGALSBE,                          Case No. 10-cv-01665-OWW-SMS
21                Plaintiff,
                                            **STIPULATION AND ORDER TO**
22         vs.                              **REMAND THIS ACTION TO MERCED**
                                            **COUNTY SUPERIOR COURT**
23
   BANK OF AMERICA N.A.; BAC HOME
24 LOANS SERVICING, LP; RECONTRUST          Assigned To: Judge Oliver W. Wanger
   COMPANY N.A.; MORTGAGE
25 ELECTRONIC REGISTRATION SYSTEMS,
   INC, and DOES 1 through 150, inclusive,
26
                  Defendants.
27
28

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

Plaintiff Shane Ingalsbe and Defendants Bank of America, N.A. ("BANA"), BAC Home Loans Servicing, LP ("BAC Servicing"), ReconTrust Company, N.A. and Mortgage Electronic Registration Systems, Inc.("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate that this action is remanded to the Superior Court for the County of Merced.   Defendants Motion to Dismiss Plaintiff's First Amended Complaint, which was set for hearing on April 4, 2011 is hereby vacated without prejudice to Defendants filing a demurrer once this matter is remanded to state court.

**IT IS SO STIPULATED.**

Dated:  March 21, 2011   **BRYAN CAVE LLP**
Stuart W. Price
Deborah A. Goldfarb
Andrea M. Hicks

By:   */s/* Andrea M. Hicks
        Andrea M. Hicks
Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and RECONTRUST COMPANY, N.A.

Dated:  March 21, 2011   **LAW OFFICE OF CATARINA M. BENITEZ**
Catarina M. Benitez

By:   */s/* Catarina M. Benitez
        Catarina M. Benitez
Attorney for Plaintiff
SHANE INGALSBE

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED** that this case is hereby remanded to the Superior Court for the County of Merced.

Dated: March 18, 2011   /s/ OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com